**Order entered March 27, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01048-CV

### WILLIAM CHARLES BUNDREN, ET AL., Appellants

### V.

### COLLIN CENTRAL APPRAISAL DISTRICT, ET AL., Appellees

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-05054-2017**

## ORDER

Before the Court is appellants' March 25, 2019 unopposed motion for extension of time to file their reply brief. We **GRANT** the motion and extend the time to **April 8, 2019**.

/s/     KEN MOLBERG
         JUSTICE